Dated: April 6, 2026

Respectfully submitted,

*/s/ Christian Levis*
Christian Levis
Amanda G. Fiorilla
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel: (914) 977-0500
Email: clevis@lowey.com
Email: afiorilla@lowey.com

Anthony M. Christina
**LOWEY DANNENBERG, P.C.**
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA 19428
Tel: (215) 399-4770
Email: achristina@lowey.com

*/s/ Russell S. Thompson, IV*
Russell S. Thompson, IV
**THOMPSON CONSUMER LAW GROUP, PC**
11445 E Via Linda, Ste. 2 #492
Scottsdale, AZ 85259
Tel: (602) 388-8898
Email: rthompson@ThompsonConsumerLaw.com

*Counsel for Plaintiffs Mari Soliz and Denise Rico*

*/s/ Gerald D. Wells, III*
Anasuya E. Shekhar
**LYNCH CARPENTER, LLP**
1133 Penn Ave, 5th Floor
Pittsburgh, PA 15222
Tel: (412) 322-9243
Email: anasuya@lcllp.com

Gerald D. Wells, III
**LYNCH CARPENTER, LLP**
1760 Market Street, Suite 600
Philadelphia, PA 19103
Tel: (267) 609-6910
Email: jerry@lcllp.com
*Counsel for Plaintiffs Stephanie Hill and Hailey Waller*