**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: THE UNIVERSITY OF PHOENIX, INC. DATA BREACH LITIGATION** | MDL No. 3183 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the forgoing Errata to the Signature Block of Reply Brief in Support of Plaintiffs Mari Soliz, Denise Rico, Stephanie Hill, and Hailey Waller's Motion for Transfer and Consolidation of Actions Pursuant to 28 U.S.C. § 1407 to the District of Arizona and this Proof of Service will be served as noted below by email on April 6, 2026, and U.S. Postal Service First-Class Mail or April 6, 2026, upon the following:

| **Clerk of the Panel** |
|---|
| ***Via* First-Class Mail** |
| Clerk of the Panel<br>U.S. Judicial Panel on Multidistrict Litigation<br>Thurgood Marshall Federal Judiciary Building<br>One Columbus Circle, NE<br>Room G-255, North Lobby<br>Washington, D.C. 20544-0005 |

| **Clerks of Court** |
|---|
| ***Via* First-Class Mail** |
| Clerk of Court<br>U.S. District Court for the District of Arizona<br>Phoenix Division<br>Sandra Day O'Connor U.S. Courthouse, Suite 130<br>401 West Washington Street, SPC 1<br>Phoenix, AZ 85003-2118 |

1

Clerk of Court
U.S. District Court for the Central District of California
Eastern Division
George E. Brown, Jr. Federal Building and U.S. Courthouse
3470 Twelfth Street
Riverside, CA 92501-3801

Clerk of Court
U.S. District Court for the Western District of Texas
Austin Division
501 West Fifth Street, Suite 1100
Austin, TX 78701

**Counsel for Defendants The University of Phoenix, Inc.
and Phoenix Education Partners, Inc., in All Actions**

*Via* **Email**

David B. Rosenbaum
Phillip W. Londen
**OSBORN MALEDON, P.A.**
2929 North Central Avenue, Suite 2000
Phoenix, AZ 85012
Tel: (602) 640-9000
Email: drosenbaum@omlaw.com
Email: plonden@omlaw.com

Lindsay B. Nickle
Taylor D. Brisco
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
100 Crescent Court, Suite 700
Dallas, TX 75201
Tel: (214) 646.8625
Email: lnickle@constangy.com
Email: tbrisco@constangy.com

David A. Yudelson
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
2029 Century Park East, Suite 1100
Los Angeles, CA 90067
Tel: (310) 909-7775
Email: dyudelson@constangy.com

**Counsel for Defendant Oracle Corporation in All W.D. Tex. Actions**

*Via* **Email**

Robert S. Harrell
James B. Danford Jr.
**MAYER BROWN LLP**
700 Louisiana Street, Suite 3400
Houston, TX 77002-2730
Tel: (713) 238-3000
Email: jdanford@mayerbrown.com
Email: rharrell@mayerbrown.com

David J. Lizmi
**MAYER BROWN LLP**
1221 Avenue of the Americas
New York, NY 10020-1001
Tel: (212) 506-2500
Email: dlizmi@mayerbrown.com

John Nadolenco
**MAYER BROWN LLP**
333 S. Grand Ave 47th Floor
Los Angeles, CA 90071
Tel: (213) 229-9500
Email: jnadolenco@mayerbrown.com

Adam S. Hickey
**MAYER BROWN LLP**
1999 K Street, NW
Washington, D.C. 20006-1101
Tel: (202) 263-3000
Email: ahickey@mayerbrown.com

---

**Counsel for Defendant WP Company LLC
d/b/a The Washington Post in All W.D. Tex. Actions**

*Via* **Email**

Joseph Webster Golinkin II
**JORDAN, LYNCH & CANCIENNE PLLC**
1980 Post Oak Blvd., Suite 2300
Houston, TX 77056
Tel: (832) 250-6567
Email: jgolinkin@jlcfirm.com

| |
|---|
| Oliver M. Kiefer<br>**ZWILLGEN LAW LLP**<br>369 Pine Street, Suite 506<br>San Francisco, CA 94104<br>Tel: (202) 296-3585<br>Email: oliver.kiefer@zwillgen.com |

| **Counsel for Defendant Abbott Laboratories in All W.D. Tex. Actions** |
|---|
| ***Via* Email** |
| Vanessa Alejandra Suarez<br>**HOLLAND & KNIGHT LLP**<br>98 San Jacinto Blvd.<br>Ste. 1900<br>Austin, TX 78731<br>Tel: (512) 647-4395<br>Email: vanessa.suarez@hklaw.com<br><br>Caitlin F. Saladrigas<br>**HOLLAND & KNIGHT LLP**<br>777 South Flagler Drive<br>Suite 1900 West<br>West Palm Beach, FL 33401<br>Tel: (561) 650-8349<br>Email: caitlin.saladrigas@hklaw.com<br><br>Mark S. Melodia<br>**HOLLAND & KNIGHT LLP**<br>787 Seventh Avenue<br>31st Floor<br>New York, NY 10019<br>Tel: (212) 513-3200<br>Email: mark.melodia@hklaw.com |

| **Counsel for Defendant Logitech Inc. in All W.D. Tex. Actions** |
|---|
| ***Via* Email** |
| Aaron Fountain<br>**MORRISON & FOERSTER LLP**<br>300 Colorado Street<br>Suite 1800<br>Austin, TX 78701<br>Tel: (737) 309-0700<br>Email: afountain@mofo.com |

**Counsel for Defendant LKQ Corporation in All W.D. Tex. Actions**

***Via* Email**

Michelle R. Gomez
Sean Benjamin Solis
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202
Tel: (303)-764-4099
Email: mgomez@bakerlaw.com
Email: ssolis@bakerlaw.com

---

**Defendant Canon U.S.A., Inc.**

***Via* First-Class Mail**

Canon U.S.A., Inc.
One Canon Park
Melville, NY 11747

---

**Defendant Michelin North America, Inc.**

***Via* First-Class Mail**

Michelin North America, Inc.
1 Parkway S.
Greenville, SC 29615

---

**Defendant Integra Lifesciences Corporation**

***Via* First-Class Mail**

Integra Lifesciences Corporation
1100 Campus Road
Princeton, NJ 08540

---

**Counsel for Defendant Humana Inc. in All W.D. Tex. Actions**

***Via* Email**

Amy Brown Doolittle
Alexandria Bowles
**SQUIRE PATTON BOGGS (US) LLP**
2550 M. Street NW
Washington, D.C. 20037
Tel: (202) 626-6707

Email: amy.doolittle@squirepb.com
Email: alexandria.bowles@squirepb.com

Jon Mureen
**SQUIRE PATTON BOGGS (US) LLP**
2200 Ross Avenue, Suite 4100W
Dallas, TX 75201
Tel: (214) 758-1515
Email: jon.mureen@squirepb.com

---

**Defendant Emerson Electric Co.**

*Via* **First-Class Mail**

Emerson Electric Co.
8027 Forsyth Blvd
St. Louis, MO 63105

---

**Counsel for Plaintiffs Mari Soliz and Denise Rico in the following Action**

*Mari Soliz and Denise Rico v. The University of Phoenix, Inc.*,
**No. 2:25-cv-04522 (D. Ariz.)**

*Via* **Email**

Christian Levis
Amanda G. Fiorilla
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY10601
Tel: (914) 977-0500
Email: clevis@lowey.com
Email: afiorilla@lowey.com

Anthony M. Christina
**LOWEY DANNENBERG, P.C.**
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA 19428
Tel: (215) 399-4770
Email: achristina@lowey.com

Russell S. Thompson, IV
**THOMPSON CONSUMER LAW GROUP, PC**
11445 E Via Linda, Ste. 2 #492
Scottsdale, AZ 85259
Tel: (602) 388-8898

Email: rthompson@ThompsonConsumerLaw.com

**Counsel for Plaintiffs Stephanie Hill and Hailey Waller in the following Action**

*Stephanie Hill and Hailey Waller v. The University of Phoenix, Inc.*,
**No. 2:25-cv-04936 (D. Ariz.)**

*Via* **Email**

Anasuya E. Shekhar
**LYNCH CARPENTER, LLP**
1133 Penn Ave, 5th Floor
Pittsburgh, PA 15222
Tel: (412) 322-9243
Email: anasuya@lcllp.com

Gerald D. Wells, III
**LYNCH CARPENTER, LLP**
1760 Market Street, Suite 600
Philadelphia, PA 19103
Tel: (267) 609-6910
Email: jerry@lcllp.com

**Counsel for Movants/Proposed Intervenors Mark Peterson and Stacy Ranson in the following Action**

*Mari Soliz and Denise Rico v. The University of Phoenix, Inc.*,
**No. 2:25-cv-04522 (D. Ariz.)**

**Counsel for Plaintiffs Mark Peterson and Stacy Ranson in the following Actions**

*Mark Peterson v. The University of Phoenix, Inc. and Oracle Corporation*,
**No. 1:25-cv-01915 (W.D. Tex.)**

*Sarah Brumwell, Cindy Clark, Matt Culpepper, Steve Landes, Kimberley Madsen-Price Stacy Ranson, Dawn Stratton, and April Watts v. Oracle Corporation, Integra Lifesciences Corporation, Canon U.S.A., Inc., The University of Phoenix, Inc., Abbott Laboratories, WP Company LLC d/b/a The Washington Post, Michelin North America, Inc., Logitech Inc., and Humana, Inc.*,
**No. 1:25-cv-01980 (W.D. Tex.)**
*Via* **Email**

Cristina Perez Hesano
**PEREZ LAW GROUP PLLC**
7508 N. 59th Ave.
Glendale, AZ 85301

Tel: (623) 826-5593
Email: cperez@perezlawgroup.com

Gary M Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe St., Ste. 2100
Chicago, IL 60606
Tel: (866) 252-0878
Email: gklinger@milberg.com

Jeff Ostrow
**KOPELWITZ OSTROW PA**
1 W. Las Olas Blvd., Ste. 500
Ft. Lauderdale, FL 33301
Tel: (954) 525-4100
Email: ostrow@kolawyers.com

W. Mark Lanier
**LANIER LAW FIRM**
535 Madison Ave.,12th Fl.
New York, NY 10022
Tel: (212) 421-2800
Email: mark.lanier@lanierlawfirm.com

---

**Counsel for Plaintiff Meshweida Carter in the following Action**

*Meshweida Carter v. The University of Phoenix, Inc.*,
**No. 5:26-cv-00401 (C.D. Cal.)**

*Via* **Email**

Jonathan D. Waisnor
James M. Fee
**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Email: jwaisnor@labaton.com
Email: jfee@labaton.com

James M. Wagstaffe
**ADAMSKI MOROSKI MADDEN
CUMBERLAND & GREEN LLP**
6633 Bay Laurel Place
Avila Beach, CA 93424

Tel: (805) 543-0990
Email: wagstaffe@ammcglaw.com

---

**Counsel for Plaintiff Chaka Theus in the following Action**

***Chaka Theus v. The University of Phoenix, Inc.*,**
**No. 1:26-cv-00796 (W.D. Tex.)**

***Via* Email**

Timothy D. Cohelan
Isam C. Khoury
Rosemary C. Khoury
**COHELAN KHOURY & SINGER**
605 C Street, Suite 200
San Diego, CA 92101
Tel: (619) 595-3001
Email: tcohelan@ckslaw.com
Email: ikhoury@ckslaw.com
Email: rkhoury@ckslaw.com

Patrick N. Keegan
**KEEGAN & BAKER, LLP**
2292 Faraday Avenue, Suite 100
Carlsbad, CA 92008
Tel: (760) 929-9303
Email: pkeegan@keeganbaker.com

---

**Counsel for Plaintiffs Mark Peterson, Yammarii Long, Jose Guardado, and Nicole Hughes in the following Actions**

***Mark Peterson v. The University of Phoenix, Inc. and Oracle Corporation*,**
**No. 1:25-cv-01915 (W.D. Tex.)**

***Yammarii Long, Jose Guardado, and Nicole Hughes v. Oracle Corporation, LKQ Corporation, and The University of Phoenix, Inc.*,**
**No. 1:25-cv-02072 (W.D. Tex.)**

***Via* Email**

Leigh S. Montgomery
**ELLZEY KHERKHER SANFORD MONTGOMERY, LLP**
4200 Montrose Blvd., Suite 200
Houston, TX 77006
Tel: (888) 350-3931

Email: service@eksm.com
Email: lmontgomery@eksm.com

**Counsel for Plaintiffs Sarah Brumwell, Cindy Clark, Matt Culpepper, Steve Landes, Kimberley Madsen-Price Stacy Ranson, Dawn Stratton, April Watts, and Lori Holtz in the following Action**

*Sarah Brumwell, Cindy Clark, Matt Culpepper, Steve Landes, Kimberley Madsen-Price Stacy Ranson, Dawn Stratton, April Watts, and Lori Holtz v. Oracle Corporation, Integra Lifesciences Corporation, Canon U.S.A., Inc., The University of Phoenix, Inc., Abbott Laboratories, WP Company LLC d/b/a The Washington Post, Michelin North America, Inc., Logitech Inc., and Humana, Inc.*,
**No. 1:25-cv-01980 (W.D. Tex.)**

*Via* **Email**

William B. Federman
Jessica A. Wilkes
**FEDERMAN & SHERWOOD**
4131 Central Express Way, Ste. 900
Dallas, TX 75204
Tel: (800) 237-1277
Email: wbf@federmanlaw.com
Email: jaw@federmanlaw.com

**Counsel for Plaintiff Linda Curlee in the following Action**

*Linda Curlee v. The University of Phoenix, Inc. and Oracle Corporation*,
**No. 1:25-cv-01999 (W.D. Tex.)**

*Via* **Email**

Roger L. Mandel
**MANDEL LAW GROUP**
3416 Pelham Road
Fort Worth, TX 76116
Tel: (214) 762-1036
Email: rogerlmandel@gmail.com

Scott J. Falgoust
**BRYSON HARRIS SUCIU**
**& DEMAY PLLC**
5301 Canal Boulevard
New Orleans, LA 70124

Tel: (919) 585-5634
Email: sfalgoust@brysonpllc.com

---

**Counsel for Plaintiffs Yammarii Long, Jose Guardado, and Nicole Hughes in the following Action**

***Yammarii Long, Jose Guardado, and Nicole Hughes v. Oracle Corporation, LKQ Corporation, and The University of Phoenix, Inc.*,**
**No. 1:25-cv-02072 (W.D. Tex.)**

***Via* Email**

Paul J. Doolittle
**POULIN | WILLEY | ANASTOPOULO**
32 Ann Street
Charleston, SC 29403
Tel: (803) 222-2222
Email: paul.doolittle@poulinwilley.com
Email: cmad@poulinwilley.com

---

**Counsel for Plaintiffs Tiaa Pointer and Sarah Clark in the following Actions**

***Tiaa Pointer v. The University of Phoenix, Inc., Phoenix Education Partners, Inc., and Oracle Corporation*,**
**No. 1:26-cv-00009 (W.D. Tex.)**

***Sarah Clark v. The University of Phoenix, Inc. and Oracle Corporation*,**
**No. 1:26-cv-00184 (W.D. Tex.)**

***Via* Email**

Bruce W. Steckler
**STECKLER WAYNE & LOVE PLLC**
12720 Hillcrest Suite 1045
Dallas, TX 75230
Tel: (972) 387-4040
Email: bruce@stecklerlaw.com

---

**Counsel for Plaintiff Tiaa Pointer in the following Action**

***Tiaa Pointer v. The University of Phoenix, Inc., Phoenix Education Partners, Inc., and Oracle Corporation*,**
**No. 1:26-cv-00009 (W.D. Tex.)**

***Via* Email**

Ben Barnow
Anthony L. Parkhill
**BARNOW AND ASSOCIATES, P.C.**
205 West Randolph Street, Suite 1630
Chicago, IL 60606
Tel: (312) 621-2000
Email: b.barnow@barnowlaw.com
Email: aparkhill@barnowlaw.com

**Counsel for Plaintiff Sarah Clark in the following Action**

*Sarah Clark v. The University of Phoenix, Inc. and Oracle Corporation*,
**No. 1:26-cv-00184 (W.D. Tex.)**

*Via* **Email**

Stephen R. Basser
Samuel M. Ward
**BARRACK, RODOS & BACINE**
One America Plaza
600 W. Broadway #900
San Diego, CA 92101
Tel: (619) 230-0800
Email: sbasser@barrack.com
Email: sward@barrack.com

Andrew J. Heo
2001 Market Street, Ste. 3300
Philadelphia, PA 19103
Tel: (215) 963-0600
Email: aheo@barrack.com

Dated: April 6, 2026

Respectfully submitted,

*/s/ Christian Levis*
Christian Levis
Amanda G. Fiorilla
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel: (914) 977-0500
Email: clevis@lowey.com
Email: afiorilla@lowey.com

Anthony M. Christina

**LOWEY DANNENBERG, P.C.**
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA 19428
Tel: (215) 399-4770
Email: achristina@lowey.com

*/s/ Russell S. Thompson, IV*
Russell S. Thompson, IV
**THOMPSON CONSUMER LAW GROUP, PC**
11445 E Via Linda, Ste. 2 #492
Scottsdale, AZ 85259
Tel: (602) 388-8898
Email: rthompson@ThompsonConsumerLaw.com

*Counsel for Plaintiffs Mari Soliz and Denise Rico*

*/s/ Gerald D. Wells, III*
Anasuya E. Shekhar
**LYNCH CARPENTER, LLP**
1133 Penn Ave, 5th Floor
Pittsburgh, PA 15222
Tel: (412) 322-9243
Email: anasuya@lcllp.com

Gerald D. Wells, III
**LYNCH CARPENTER, LLP**
1760 Market Street, Suite 600
Philadelphia, PA 19103
Tel: (267) 609-6910
Email: jerry@lcllp.com

*Counsel for Plaintiffs Stephanie Hill
and Hailey Waller*