## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| | ) | |
| IN RE: THE UNIVERSITY OF PHOENIX, | ) | |
| INC., DATA BREACH LITIGATION | ) | MDL NO. 3183 |
| | ) | |
| | ) | |

## THE UNIVERSITY OF PHOENIX, INC.'S SUPPLEMENTAL NOTICE OF DEVELOPMENT REGARDING PLAINTIFFS MARI SOLIZ, DENISE RICO, STEPHANIE HILL, AND HAILEY WALLER'S CORRECTED MOTION FOR TRANSFER AND CONSOLIDATION OF ACTIONS PURSUANT TO 28 U.S.C. § 1407 TO THE DISTRICT OF ARIZONA

In response to Plaintiffs Mari Soliz and Denise Rico ("*Soliz*") and Stephanie Hill and Hailey Waller's ("*Hill*") (collectively, "Plaintiffs") Corrected Motion for Transfer and Consolidation of Actions pursuant to 28 U.S.C. § 1407 to the District of Arizona (ECF No. 2) ("Motion"), the University of Phoenix, Inc. ("UOPX") hereby submits this Supplemental Notice of Development.

1. On March 6, 2026, Plaintiffs filed their Motion before the Panel seeking transfer and consolidation of cases filed against UOPX to the District of Arizona. (ECF 2-1.)

2. On April 28, 2026, the District of Arizona granted Plaintiffs' motion to consolidate the *Hill* and *Soliz* cases, but denied Plaintiffs' motion to appoint interim class counsel. (*Soliz*, ECF 32.)

3. The District of Arizona also transferred the *Hill* and *Soliz* cases to the Western District of Texas to be added to the existing, consolidated case in the Western District of Texas, namely, *In re Oracle Corp. Data Breach Litig.*, Case No. 1:25-cv-01805-ADA-SH (W.D. Tex.) ("Consolidated Action").

1

4. Additionally, Plaintiffs notified the Panel of a "potential tag-along/related action" and attached an additional schedule of actions. (ECF 41.) The "potential tag-along/related action" is *Young v. University of Phoenix, Inc.*, Case No. 2:26-cv-02267-SPL (D. Ariz.) ("*Young*") (ECF 41-1.)

5. On April 15, 2026, *Young* was dismissed without prejudice, re-filed in the Western District of Texas, and will be administratively consolidated with Consolidated Action.

6. Therefore, all cases in the District of Arizona against UOPX involving the cybersecurity incident at issue in this case have been either dismissed and re-filed in the Western District of Texas or have been transferred to the Western District of Texas.

7. Given the recent developments regarding the *Hill*, *Soliz*, and *Young* cases, and pursuant to J.P.M.L. Rule 6.1(f), UOPX files this Supplemental Notice of Development to inform the Panel of said recent developments.[1]

8. Because of these developments, UOPX argues that Plaintiffs' Motion, and the relief sought therein, is moot as the *Hill* and *Soliz* cases are no longer pending in the District of Arizona—the venue Plaintiffs seek for the Panel to consolidate and transfer the cases listed in their Schedule of Actions. Therefore, UOPX requests that the Panel deny Plaintiffs' Motion as moot.

---

[1] The only case against UOPX that remains outside the Western District of Texas is *Carter v. The University of Phoenix, Inc.*, Case No. 5:26-cv-00401-SSS-DTB, pending in the Central District of California ("*Carter*"). Although fully briefed, the *Carter* court has yet to rule on if it will transfer the case to the Western District of Texas *sua sponte*. On April 29, 2026, UOPX informed the *Carter* court of the developments in the *Hill*, *Soliz*, and *Young* cases. (*See Carter*, ECF No. 30.)

<u>**PROOF OF SERVICE**</u>

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of The University of Phoenix, Inc.'s Supplemental Notice of Development Regarding Plaintiffs Mari Soliz, Denise Rico, Stephanie Hill, and Hailey Waller's Corrected Motion for Transfer and Consolidation of Actions Pursuant to 28 U.S.C. §1407 to the District of Arizona was served on all parties registered in the Panel's CM/ECF system at the time of filing, and on the following parties via First Class Mail, on April 30, 2026.

| | |
|---|---|
| **Defendant Canon U.S.A., Inc.**<br>**Via First Class Mail**<br>Canon U.S.A., Inc.<br>1 Canon Park<br>Melville, NY 11747 | **Defendant Integra Lifesciences Corporation**<br>**Via First Class Mail**<br>Integra Lifesciences Corporation<br>1100 Campus Road<br>Princeton, NJ 08540 |
| **Defendant Michelin North America, Inc.**<br>**Via First Class Mail**<br>Michelin North America, Inc.<br>1 Parkway South<br>Greenville, SC 29615 | **Defendant Emerson Electric Co.**<br>**Via First Class Mail**<br>Emerson Electric Co.<br>8027 Forsyth Boulevard<br>St. Louis, MO 63105 |

DATED: April 30, 2026

Respectfully Submitted,

*/s/ Lindsay B. Nickle*

Lindsay B. Nickle
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
100 Crescent Court, Suite 700
Dallas, Texas 75201
lnickle@constangy.com
(806) 535-0274

*Counsel for Defendant The University of Phoenix, Inc.*