**UNITED STATES JUDICIAL PANEL**
**on**

**MULTIDISTRICT LITIGATION**

**IN RE: THE UNIVERSITY OF PHOENIX, INC., DATA**
**BREACH LITIGATION**                                            MDL No. 3183

(SEE ATTACHED SCHEDULE)

**ORDER DEEMING MOTION MOOT**
**AND VACATING THE MAY 28, 2026 HEARING SESSION ORDER**

Before the Panel is a motion filed by plaintiffs Mari Soliz, Denise Rico, Stephanie Hill, and Hailey Waller seeking centralization of the actions on the attached schedule, pursuant to 28 U.S.C. § 1407, in the United States District Court for the District of Arizona for coordinated or consolidated pretrial proceedings.  The Panel has now been advised that, pursuant to an order, the Central District of California action has been transferred to the Western District of Texas, thus depriving this litigation of its multidistrict character.

IT IS THEREFORE ORDERED that the motion filed by plaintiffs Mari Soliz, Denise Rico, Stephanie Hill, and Hailey Waller for transfer under 28 U.S.C. § 1407 is DEEMED MOOT.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on April 16, 2026, are VACATED insofar as they relate to this matter.

FOR THE PANEL:

Jessica D. Birnbaum
Clerk of the Panel

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

IN RE: THE UNIVERSITY OF PHOENIX, INC., DATA
BREACH LITIGATION                                                                    **MDL No. 3183**

**SCHEDULE A**

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|
| CALIFORNIA CENTRAL | | | |
| CAC | 5 | 26–00401 | Meshweida Carter v. The University of Phoenix, Inc. |
| | | | |
| TEXAS WESTERN | | | |
| TXW | 1 | 25–01915 | Peterson v. The University of Phoenix, Inc. et al |
| TXW | 1 | 25–01980 | Brumwell et al v. Oracle Corporation et al |
| TXW | 1 | 25–01999 | Curlee v. Oracle Corporation et al |
| TXW | 1 | 25–02072 | Long et al v. Oracle Corporation et al |
| TXW | 1 | 26–00009 | Pointer v. The University of Phoenix, Inc. et al |
| TXW | 1 | 26–00184 | Clark v. The University of Phoenix, Inc. et al |
| TXW | 1 | 26–00796 | Theus v. University of Phoenix, Inc. |
| TXW | 1 | 26–01114 | Soliz et al v. University of Phoenix Incorporated |
| TXW | 1 | 26–01115 | Hill et al v. University of Phoenix Incorporated |